NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MICHAEL ROYSTER,**
*Petitioner-Appellant,*

v.

**MARIROSA LAMAS, THE DISTRICT ATTORNEY OF THE COUNTY OF S. WILLIAMS, AND THE ATTORNEY GENERAL OF THE STATE OF,**
*Respondents-Appellees.*

---

2013-1065

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in case no. 11-CV-0477, Chief Judge J. Curtis Joyner.

---

ON MOTION

---

ORDER

The court considers whether this appeal should be transferred to the United States Court of Appeals for the Third Circuit.

Michael Royster appears to have appealed from a decision of the United States District Court for the Eastern District of Pennsylvania denying his petition for a writ of

MICHAEL ROYSTER v. MARIROSA LAMAS                    2

habeas corpus.  This court is a court of limited jurisdiction.  *See* 28 U.S.C. § 1295.  Based only upon our review of the papers transmitted by the district court, it does not appear that this case falls within this court's jurisdiction.

Pursuant to 28 U.S.C. § 1631, this court is authorized to transfer the case to a court in which the appeal could have been brought at the time it was filed or noticed.  As such, it appears transfer to the United States Court of Appeals for the Third Circuit is appropriate.

Accordingly,

IT IS ORDERED THAT:

Absent objection received within 21 days of the date of filing of this order, this appeal shall be transferred to the Third Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25